Summons in a Civil Action (Rev 11/97)

# United States District Court

FILED

**SOUTHERN DISTRICT OF CALIFORNIA**

07 DEC 19 PM 3:54

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

LAC HUYNH (See attached ATTACHMENT TO SUMMONS)

vs

EASTWOOD INSURANCE SERVICES, INC. et al. (See attached ATTACHMENT TO SUMMONS)

**SUMMONS IN A CIVIL ACTION**

Case No.

'07 CV 2386 JLS (POR)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Initiative Legal Group LLP
Robert Byrnes, Esq. (SBN 200671)
1800 Century Park East, 2nd Floor
Los Angeles, California 90067

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. — CLERK

12/19/07 — DATE

By J. Haslie, Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

# ATTACHMENT TO SUMMONS

## ATTORNEYS FOR PLAINTIFFS AND CLASS MEMBERS:

Mark Yablonovich, Esq. (SBN 186670)
Marc Primo, Esq. (SBN 216796)
Robert E. Byrnes, Esq. (SBN 200761)
Initiative Legal Group LLP
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051
Email: MPrimo@InitiativeLegal.com

## PLAINTIFFS:

LAC HUYNH, individually, and on behalf of other members of the general public similarly situated.

## DEFENDANTS

EASTWOOD INSURANCE SERVICES, INC., a California corporation; JUDITH PARTRIDGE, an individual, and DOES 1 through 10, inclusive.