# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

LAC HUYNH (See attached ATTACHMENT TO SUMMONS)

vs

EASTWOOD INSURANCE SERVICES, INC. et al. (See attached ATTACHMENT TO SUMMONS)

AMENDED

**SUMMONS IN A CIVIL ACTION**

Case No. 3:07-cv-02386-JLS-POR

TO: (Name and Address of Defendant)

TITAN AUTO INSURANCE, INC.; THI HOLDINGS, INC.; NATIONWIDE MUTUAL INSURANCE COMPANY (See attached ATTACHMENT TO SUMMONS)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Initiative Legal Group LLP
Monica Balderrama, Esq. (SBN 196424)
1800 Century Park East, 2nd Floor
Los Angeles, California 90067

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK DATE

By , Deputy Clerk

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE |
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: ____________

☐ Return unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL | | SERVICES | TOTAL $0.00 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: ____________

Date Signature of Server

____________

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# ATTACHMENT TO AMENDED SUMMONS

## ATTORNEYS FOR PLAINTIFFS AND CLASS MEMBERS:

Mark Yablonovich (SBN 186670)
Email: MYablonovich@InitiativeLegal.com
Marc Primo (SBN 216796)
Email: MPrimo@InitiativeLegal.com
Mónica Balderrama (SBN 196424)
Email: MBalderrama@InitiativeLegal.com
Rebecca Labat (SBN 221241)
Email: RLabat@InitiativeLegal.com
Linh Hua (SBN 247419)
Email: LHua@InitiativeLegal.com
Initiative Legal Group LLP
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

## PLAINTIFFS:

LAC HUYNH, individually, and on behalf of other members of the general public similarly situated.

## DEFENDANTS:

EASTWOOD INSURANCE SERVICES, INC., a California corporation; JUDITH PARTRIDGE, an individual; TITAN AUTO INSURANCE, INC., an Ohio corporation; THI HOLDINGS, INC., a Delaware corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1 through 10, inclusive.

## NAME AND ADDRESS OF DEFENDANTS:

TITAN AUTO INSURANCE, INC.
ONE NATIONWIDE PLAZA
COLUMBUS, OH 43215

# ATTACHMENT TO AMENDED SUMMONS

## NAME AND ADDRESS OF DEFENDANTS:

THI HOLDINGS, INC.
C/O
CT CORPORATION
818 WEST 7TH ST.
LOS ANGELES, CA 90017

NATIONWIDE MUTUAL INSURANCE COMPANY
C/O
CT CORPORATION
818 WEST 7TH ST.
LOS ANGELES, CA 90017