Summons in a Civil Action (Rev 11/97)

FILED
08 MAR 18 PM 2:36
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

LAC HUYNH, individually and on behalf of all others similarly situated

vs

EASTWOOD INSURANCE SERVICES, INC, ~~et al.~~ a California corporation; Judith Partridge, an individual, and Does 1 through 10, inclusive

SUMMONS IN A CIVIL ACTION ON FIRST AMENDED COMPLAINT

Case No. 3:07-cv-02386-JLS-POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Initiative Legal Group LLP
Monica Balderrama, Esq. (SBN 196424)
1800 Century Park East, 2nd Floor
Los Angeles, California 90067

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

MAR 1 8 2008
DATE

By C. PLUMMANN, Deputy Clerk



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)