Mark Yablonovich (SBN 186670)
Email: MYablonovich@InitiativeLegal.com
Marc Primo (SBN 216796)
Email: MPrimo@InitiativeLegal.com
Mónica Balderrama (SBN 196424)
Email: MBalderrama@InitiativeLegal.com
Rebecca Labat (SBN 221241)
Email: RLabat@InitiativeLegal.com
Linh Hua (SBN 247419)
Email: LHua@InitiativeLegal.com
Initiative Legal Group LLP
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Representative Plaintiff
and all other aggrieved employees

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAC HUYNH, individually, and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>EASTWOOD INSURANCE SERVICES, INC., a California corporation; JUDITH PARTRIDGE, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 07-CV-02386-JLS-POR<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT NO. 5** |

Plaintiff Lac Huynh ("Plaintiff") hereby withdraws document number 5, filed on April 8, 2008, entitled "Summons Returned Executed by Lac Huynh."

Dated: April 11, 2008

Respectfully submitted,
Initiative Legal Group LLP

By: ______________________
Mark Yablonovich
Marc Primo
Mónica Balderrama
Rebecca Labat
Linh Hua
Attorneys for Plaintiff