REBECCA LABAT, (SBN 221241)
INITIATIVE LEGAL GROUP, LLP
1800 Century Park East, 2nd Floor
Los Angeles, CA 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051
Email: rlabat@initiativelegal.com

Attorneys for Plaintiff
LAC HUYNH

JODY A. LANDRY, Bar No. 125743
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302
Email: jlandry@littler.com

Attorneys for Defendants
NATIONWIDE MUTUAL INSURANCE COMPANY, THI HOLDINGS, INC. and TITAN AUTO INSURANCE, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAC HUYNH, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EASTWOOD INSURANCE SERVICES, INC., a California corporation; JUDITH PARTRIDGE, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:07-cv-02386 JLS (POR)<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS NATIONWIDE MUTUAL INSURANCE COMPANY, THI HOLDINGS, INC. AND TITAN AUTO INSURANCE, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |

///

///

///

Plaintiff LAC HUYNH, through his counsel of record, Rebecca Labat of Initiative Legal Group, LLP and Defendants NATIONWIDE MUTUAL INSURANCE COMPANY, THI HOLDINGS, INC. and TITAN AUTO INSURANCE, INC. ("Defendants"), through their counsel of record, Jody A. Landry of Littler Mendelson, hereby stipulate to an order extending the time within which Defendants may answer or otherwise respond to Plaintiff's First Amended Complaint, to and including May 5, 2008.

Good cause exists for this request due to scheduling issues with Defendants' counsel and the need to review and analyze the issues raised in the First Amended Complaint before responding. The requested extension is less than 10 court days time.

IT IS SO STIPULATED.

DATED: 4/17/08

By: [signature]
REBECCA LABAT
email: rlabat@initiativelegal.com
INITIATIVE LEGAL GROUP LLP
Attorneys for Plaintiff
LAC HUYNH

DATED: 4/18/08

By: [signature]
JODY A. LANDRY
email: jlandry@littler.com
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
NATIONWIDE MUTUAL INSURANCE COMPANY, THI HOLDINGS, INC. and TITAN AUTO INSURANCE, INC.