Mark Yablonovich (SBN 186670)
Email: MYablonovich@InitiativeLegal.com
Marc Primo (SBN 216796)
Email: MPrimo@InitiativeLegal.com
Mónica Balderrama (SBN 196424)
Email: MBalderrama@InitiativeLegal.com
Rebecca Labat (SBN 221241)
Email: RLabat@InitiativeLegal.com
Linh Hua (SBN 247419)
Email: LHua@InitiativeLegal.com
Initiative Legal Group LLP
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Representative Plaintiff
and all other aggrieved employees

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

LAC HUYNH, individually, and on behalf of all others similarly situated

Plaintiffs,

vs.

EASTWOOD INSURANCE SERVICES, INC., a California corporation; JUDITH PARTRIDGE, an individual, and DOES 1 through 10, inclusive,

Defendants.

Case No.: 07-CV-02386-JLS-POR

**DECLARATION OF REBECCA LABAT IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT BY PUBLICATION**

[Filed Concurrently with Application; Memorandum of Points and Authorities; Declaration of William Mishlove; Affidavit of Philippe Ricou; [Proposed] Order]

**[Ex Parte – No Hearing Required]**

I, Rebecca Labat, declare as follows:

1. I am a member of the State Bar of California, and I am admitted to practice before the United States District Court for the Southern District of California. I am an associate of Initiative Legal Group, LLP ("ILG"), counsel of record for Plaintiff Lac Huynh ("Plaintiff"). The following facts are within my personal knowledge, and if called as a witness I could and would testify competently thereto.

2. I submit this declaration in connection with and in support of Plaintiff's Application for an Order Authorizing Service of Summons and Complaint by Publication.

3. According to the information furnished by the Secretary of State of California, at all relevant times herein, Defendant Eastwood Insurance Services, Inc. is and was an "active" corporation with a business address of 155 North Riverview Drive, Anaheim Hills, California 92808. The corporation's agent for service of process is identified as Defendant Judith Garfi-Partridge. A true and correct copy of the information contained on the website for the Secretary of State of California as of April 18, 2008, http://kepler.ss.ca.gov, is attached hereto as Exhibit A.

4. On February 5, 2008, attorney Mark Payne of the law firm Rutan & Tucker, LLP contacted me by telephone and advised that he represented Defendants. Mr. Payne also informed me that he was in possession of a copy of the Complaint.

5. On February 13, 2008, I asked Mr. Payne if his clients would authorize him to accept service of the summons and Complaint on their behalf. On February 14, 2008, Mr. Payne informed me that he was not authorized to accept service on Defendants' behalf.

6. On March 14, 2008, Plaintiff filed the First Amended Complaint ("FAC") in this matter. On March 21, 2008, I provided Mr. Payne with a courtesy copy of the FAC and inquired again whether his clients would authorize him to accept service of the summons and FAC on their behalf, in light of the fact that he had confirmed that the information Defendants' had filed with the Secretary of State, including their business address, was incorrect. However, on March 26, 2008, Mr. Payne again advised me during

a telephone conversation that he was not authorized to accept service on behalf of Defendants.

7. On April 2, 2008, Plaintiff attempted to serve the summons and FAC on Defendants by Federal Express overnight delivery service, by providing Defendants with a Notice of Lawsuit and Request for Waiver of Service of Summons, and a Waiver of Service of Summons, along with the summons, FAC and related initial documents. Courtesy copies of these documents were also sent to Mr. Payne by U.S. Mail on the same date. The Federal Express packages addressed to Defendants were both returned to my office as undeliverable.

8. As of the date of this Application, Plaintiff has not been able to locate Defendants in order to serve them with the summons and FAC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on April 18, 2008 at Los Angeles, California.

Rebecca Labat

# EXHIBIT A

# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of APR 11, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| **Corporation** | | |
|---|---|---|
| EASTWOOD INSURANCE SERVICES, INC. | | |
| **Number:** C1660622 | **Date Filed:** 3/21/1990 | **Status:** active |
| **Jurisdiction:** California | | |
| **Address** | | |
| 155 N RIVERVIEW DR | | |
| ANAHEIM HILLS, CA 92808 | | |
| **Agent for Service of Process** | | |
| JUDITH A GARFI-PARTRIDGE | | |
| 155 N RIVERVIEW DR | | |
| ANAHEIM HILLS, CA 92808 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.