Mark Yablonovich (SBN 186670)
Email: MYablonovich@InitiativeLegal.com
Marc Primo (SBN 216796)
Email: MPrimo@InitiativeLegal.com
Mónica Balderrama (SBN 196424)
Email: MBalderrama@InitiativeLegal.com
Rebecca Labat (SBN 221241)
Email: RLabat@InitiativeLegal.com
Linh Hua (SBN 247419)
Email: LHua@InitiativeLegal.com
Initiative Legal Group LLP
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Representative Plaintiff
and all other aggrieved employees

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAC HUYNH, individually, and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>EASTWOOD INSURANCE SERVICES, INC., a California corporation; JUDITH PARTRIDGE, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 07-CV-02386-JLS-POR<br><br>**DECLARATION OF WILIAM MISHLOVE IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT BY PUBLICATION**<br><br>[Filed Concurrently with Application; Memorandum of Points and Authorities; Declaration of Rebecca Labat; Affidavit of Philippe Ricou; [Proposed] Order]<br><br>**[Ex Parte – No Hearing Required]** |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) Telephone No: | FOR COURT USE ONLY |
|---|---|
| Mark Yablonovich sbn# 186670 (310) 556-5637<br>Marc Primo sbn# 216796<br>Robert E. Byrnes sbn# 200761<br>Initiative Legal Group, LLP.<br>1800 Century Park East 2nd Flr.<br>Los Angeles, CA 90067<br>ATTORNEY FOR (NAME): Plaintiffs | |
| Insert name of court and name of judicial district and branch court if any:<br>UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | |
| PLAINTIFF / PETITIONER:<br>LAC HUYNH, individually, et al | |
| DEFENDANT / RESPONDENT:<br>EASTWOOD INSURANCE SERVICES, INC., et al | |
| DECLARATION \| DATE: \| TIME: \| DEPT/DIV: | CASE NUMBER:<br>07 CV 2386 JLS (POR) |

I, William Mishlove, declare:

1. I am over the age of eighteen years and not a party to the within entitled action. The matters herein are of my own personal knowledge and if called upon, I could and would testify competently thereto.

2. I am an independent Contractor contracted by Orange Courier, Inc., and my business address is 3731 W. Warner Ave., Santa Ana, CA 92704.

3. On January 30, 2008, I picked up a SUMMONS; COMPLAINT; and CIVIL CASE COVER SHEET from Orange Courier, Inc. I was instructed to serve these documents on the defendant Eastwood Insurance Services, Inc. whose agent, Judith A. Garfi-Partridge, was located at their corporate office address of 155 N. Riverview Dr., Anaheim Hills, CA 92808.

4. I arrived at the location at approximately 12:19 pm and found that the parking lot was almost completely empty. The lot only had about 3-4 vehicles in it and they appeared to be construction vehicles. I walked into the building and found that it was under construction. I spoke with the person in charge who advised that the subject moved out some time ago and left no forwarding address.

5. I was able to perform a search on line for the subject from my vehicle in the parking lot. The California Secretary of State still shows the above mentioned address. I went into the subject web site which also still reported the above mentioned address. I then called the subject via cell phone to obtain their address. I spoke with an unknown female in the Human Resources Dept and advised her that I had legal documents for their company and would like their address. She asked me to hold and then came back on the line about a minute later. She advised that their new address was 411 W. Imperial Hwy., #A, La Habra, CA 90631.

| | |
|---|---|
| PLAINTIFF / PETITIONER: LAC HUYNH, individually, et al | CASE NUMBER: |
| DEFENDANT / RESPONDENT: EASTWOOD INSURANCE SERVICES, INC., et al | 07 CV 2386 JLS (POR) |

6. On January 30, 2008 at 1:30pm, I arrived at the new address only to find that this was some kind of business which is currently closed down. The unit had the appearance of a shack that had been abandoned for some time. I promptly called the subject again and spoke with the receptionist who advised that their new address is 22860 Savi Ranch Pkwy, Yorba Linda, CA 92887.

7. On January 30, 2008 at approximately 1:50pm, I arrived at the subject location. I informed the Receptionist, Donna Cafrey, that I was a Process Server and that I had legal documents to serve on this company. I asked Donna if the Registered Agent for Service of Process, Judith A. Garfi-Partridge, was available. Donna advised that Judith is no longer with the company. I then asked for any one who was authorized to accept Service of Process. She got on the phone and spoke with an unknown individual; she informed this person that there is a Process Server in the lobby and that I needed to see someone who was authorized to accept legal documents. She then hung up the phone and advised that someone will be right out.

8. At approximately 1:57pm, an unknown f/asian/5'6"/180#/b/b/45yoa, stepped out of the back office and asked if she could help me. I informed her of the nature of the documents. She advised Judith never accepted documents. I informed her that someone must have mistakenly given her name to the Secretary of State. She asked if she could look at the documents to which I let her. She asked me to hold on and then went into the back.

9. At approximately 2:00pm, the unknown f/asian/5'6"/180#/b/b/45yoa, came back and told me, "We are not accepting these documents". I asked if there was any particular reason why? She replied, "Because they are for Judith". I informed her that these documents are for Eastwood Insurance. "No they are not, they are for Judith. You asked for Judith and her name is on the documents". I informed her that I only asked for Judith because she is the agent listed with the Sec. of State. She reiterated that they will not accept these documents. So I informed her that I had no choice but to leave them there on the counter. She informed me that I could leave them but they were not accepting them and that they would not sign for them. I informed that a signature is not necessary and that I am sorry but I have to leave them. I placed the documents on the counter and proceeded to walk out to which she raised her voice and informed me that you need to take those with you. I kept walking towards the door. She then grabbed the documents off the counter and slammed them against my chest. I let the documents drop to the floor at her feet and exited the door. She picked up the documents and came outside to tell me that I need to take these. I kept walking, she demanded my name. I informed her my name to which she replied that I need to come back in here and write it down for her. I kept walking. She then demanded a business card, to which I informed her that I had none. She then demanded that I give her the sheet of paper in my hands to which I refused and kept walking to my vehicle.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 31, 2008

(Signature)