Mark Yablonovich (SBN 186670)
Email: MYablonovich@InitiativeLegal.com
Marc Primo (SBN 216796)
Email: MPrimo@InitiativeLegal.com
Mónica Balderrama (SBN 196424)
Email: MBalderrama@InitiativeLegal.com
Rebecca Labat (SBN 221241)
Email: RLabat@InitiativeLegal.com
Linh Hua (SBN 247419)
Email: LHua@InitiativeLegal.com
Initiative Legal Group LLP
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Representative Plaintiff
and all other aggrieved employees

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAC HUYNH, individually, and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>EASTWOOD INSURANCE SERVICES, INC., a California corporation; JUDITH PARTRIDGE, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 07-CV-02386-JLS-POR<br><br>**AFFIDAVIT OF REASONABLE DILIGENCE OF PHILIPPE RICOU IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT BY PUBLICATION**<br><br>[Filed Concurrently with Application; Memorandum of Points and Authorities; Declaration of Rebecca Labat; Declaration of William Mishlove; [Proposed] Order]<br><br>**[Ex Parte – No Hearing Required]** |

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>INITIATIVE LEGAL GROUP<br>1800 CENTURY PARK EAST<br>2ND FLOOR<br>LOS ANGELES, CA 90067<br>*Telephone No:* 310-556-5637 *FAX: No:* 310-861-9051 | *Ref. No or File No.:*<br>HUYNH CLASS ACTION |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court Southern District Of California | *For Court Use Only* |
| *Plaintiff:* LAC HUYNH, INDIVIDUALLY<br>*Defendant:* EASTWOOD INSURANCE SERVICES, INC. | |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 3:07-cv-02386-JLS-POR |
|---|---|---|---|---|

1. I, PHILIPPE RICOU, and any employee or independent contractors retained by PROLEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant EASTWOOD INSURANCE SERVICES, INC as follows:

2. *Documents:* SUMMONS IN A CIVIL ACTION FIRST AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF ADN RESTITUTION.

| **Day** | **Date** | **Time** | **Location** | **Results** |
|---|---|---|---|---|
| Tue | 04/01/08 | 2:25pm | Business | GIVEN ADDRESS IS AN EMPTY BUILDING UNDER RENOVATION. PER CONSTRUCTION WORKERS, STATED THAT BUILDING HAS BEEN VACANT FOR A WHILE AND DOES NOT KNOW WHERE THE TENANTS HAVE MOVED. Attempt made by: PHILIPPE RICOU. Attempt at: 155 NORTH RIVERVIEW DRIVE ANAHEIM HILLS CA. 92808. |
| Tue | 04/01/08 | 3:15pm | Business | PER JENNIFER CAMACHO, STATED THAT SUBJECT SOLD THE BUSINESS AND DOES NOT WORK HERE. LEGAL DOCUMENTS ARE ACCEPTED AT "NATIONWIDE TITAN INSURANCE". Attempt made by: PHILIPPE RICOU. Attempt at: 22860 SAVI RANCH PARKWAY YORBA LINDA CA. 92887. |
| Fri | 04/18/08 | 5:00pm | Business | Returned Not Served on: EASTWOOD INSURANCE SERVICES, INC Business - 22860 SAVI RANCH PARKWAY YORBA LINDA, CA. 92887 |

3. *Person Executing*
   a. PHILIPPE RICOU
   **b. PROLEGAL**
   1706 S. FIGUEROA ST
   LOS ANGELES, CA 90015
   c. 213-481-8100

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d.. The Fee for service was:* $70.80
*e. I am:* (3) registered California process server
*(i)* Employee
*(ii) Registration No.:* 3015
*(iii) County:*

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date:* Fri, Apr. 18, 2008 **AFFIDAVIT OF REASONABLE DILIGENCE** (PHILIPPE RICOU) 3197367.inile.26040

| *Attorney or Party without Attorney:*<br>INITIATIVE LEGAL GROUP<br>1800 CENTURY PARK EAST<br>2ND FLOOR<br>LOS ANGELES, CA 90067<br>*Telephone No:* 310-556-5637 *FAX: No:* 310-861-9051 | *Ref. No or File No.:*<br>HUYNH CLASS ACTION | | | *For Court Use Only* |
|---|---|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court Southern District Of California | | | | |
| *Plaintiff:* LAC HUYNH, INDIVIDUALLY<br>*Defendant:* EASTWOOD INSURANCE SERVICES, INC. | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>3:07-cv-02386-JLS-POR |

1. I, PHILIPPE RICOU, and any employee or independent contractors retained by PROLEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JUDITH A. GARFI-PARTRIDGE, AN INDIVIDUAL as follows:

2. *Documents:* SUMMONS IN A CIVIL ACTION FIRST AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF ADN RESTITUTION.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 04/01/08 | 2:25pm | Business | GIVEN ADDRESS IS AN EMPTY BUILDING UNDER RENOVATION. PER CONSTRUCTION WORKERS, STATED THAT BUILDING HAS BEEN VACANT FOR A WHILE AND DOES NOT KNOW WHERE THE TENANTS HAVE MOVED. Attempt made by: PHILIPPE RICOU. Attempt at: 155 NORTH RIVERVIEW DRIVE ANAHEIM HILLS CA. 92808. |
| Tue | 04/01/08 | 3:15pm | Business | PER JENNIFER CAMACHO, STATED THAT SUBJECT SOLD THE BUSINESS AND DOES NOT WORK HERE. LEGAL DOCUMENTS ARE ACCEPTED AT "NATIONWIDE TITAN INSURANCE". Attempt made by: PHILIPPE RICOU. Attempt at: 22860 SAVI RANCH PARKWAY YORBA LINDA CA. 92887. |
| Fri | 04/18/08 | 5:00pm | Business | Returned Not Served on: JUDITH A. GARFI-PARTRIDGE, AN INDIVIDUAL Business - 22860 SAVI RANCH PARKWAY YORBA LINDA, CA. 92887 |

3. *Person Executing*
   a. PHILIPPE RICOU
   b. **PROLEGAL**
   1706 S. FIGUEROA ST
   LOS ANGELES, CA 90015
   c. 213-481-8100

Recoverable Costs Per CCP 1033.5(a)(4)(B)

*d.. The Fee for service was:* $228.33

*e. I am:* (3) registered California process server
*(i)* Employee
*(ii) Registration No.:* 3015
*(iii) County:*

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date:* Fri, Apr. 18, 2008 **AFFIDAVIT OF REASONABLE DILIGENCE** (PHILIPPE RICOU) 3197373.inile.26041