UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAC HUYNH, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EASTWOOD INSURANCE SERVICES, INC., a California corporation; JUDITH PARTRIDGE, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:07-cv-02386 JLS (POR)<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS NATIONWIDE MUTUAL INSURANCE COMPANY, THI HOLDINGS, INC. AND TITAN AUTO INSURANCE, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |

On March 14, 2008, Plaintiff LAC HUYNH filed a First Amended Complaint against Defendants NATIONWIDE MUTUAL INSURANCE COMPANY, THI HOLDINGS, INC. and TITAN AUTO INSURANCE, INC. ("Defendants"). On April 18, 2008, Plaintiff and Defendants stipulated to an extension of time for Defendants to answer or otherwise respond to Plaintiff's First Amended Complaint.

Therefore, good cause showing, the Court GRANTS the parties' joint motion and extends Defendants' time to file and serve an answer or otherwise respond to and including May 5, 2008.

IT IS SO ORDERED.

DATED: April 22, 2008

Janis L. Sammartino

HON. JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE