REBECCA LABAT, (SBN 221241)
INITIATIVE LEGAL GROUP, LLP
1800 Century Park East, 2nd Floor
Los Angeles, CA 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051
Email: rlabat@initiativelegal.com

Attorneys for Plaintiff, LAC HUYNH

JODY A. LANDRY, Bar No. 125743
LENA K. SIMS, Bar No. 212904
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302
Email: jlandry@littler.com

Attorneys for Defendants, NATIONWIDE MUTUAL INSURANCE COMPANY, THI HOLDINGS, INC. and TITAN AUTO INSURANCE, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LAC HUYNH, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

EASTWOOD INSURANCE SERVICES, INC., a California corporation; JUDITH PARTRIDGE, an individual, and DOES 1 through 10, inclusive,

Defendants.

Case No. 3:07-CV-02386 JLS (POR)

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS NATIONWIDE MUTUAL INSURANCE COMPANY, THI HOLDINGS, INC. AND TITAN AUTO INSURANCE, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff LAC HUYNH, through his counsel of record, Rebecca Labat of Initiative Legal Group, LLP and Defendants NATIONWIDE MUTUAL INSURANCE COMPANY, THI HOLDINGS, INC. and TITAN AUTO INSURANCE, INC. ("Defendants"), through their counsel of record, Jody A. Landry and Lena K. Sims of Littler Mendelson, hereby bring this joint motion for an order extending the time within which Defendants may answer or otherwise respond to Plaintiff's First Amended Complaint, up to and including June 2, 2008.

The parties are informed and believe that Defendants Eastwood Insurance Services, Inc. and Judith Partridge will waive service of process and will file their responsive pleading on or before June 2, 2008. Plaintiff and Defendants are in agreement that the responsive pleadings of all defendants should be due on the same date and that there is therefore good cause for this request.

IT IS SO STIPULATED.

DATED: April 30, 2008

By: /s/ Rebecca Labat
REBECCA LABAT
email: rlabat@initiativelegal.com
Attorneys for Plaintiff LAC HUYNH

DATED: April 30, 2008

By: /s/ Jody A. Landry
JODY A. LANDRY
email: jlandry@littler.com
Attorneys for Defendants NATIONWIDE MUTUAL INSURANCE COMPANY, THI HOLDINGS, INC. and TITAN AUTO INSURANCE, INC.

Firmwide:85042789.1 050511.1029