UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAC HUYNH, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EASTWOOD INSURANCE SERVICES, INC., a California corporation; JUDITH PARTRIDGE, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:07-CV-02386 JLS (POR)<br><br>**ORDER: GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS NATIONWIDE MUTUAL INSURANCE COMPANY, THI HOLDINGS, INC. AND TITAN AUTO INSURANCE, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |

The Court has considered the parties' Joint Motion for an order extending the time within which Defendants NATIONWIDE MUTUAL INSURANCE COMPANY, THI HOLDINGS, INC. and TITAN AUTO INSURANCE, INC. ("Defendants"), may answer or otherwise respond to Plaintiff's First Amended Complaint, up to and including June 2, 2008.

Good cause appearing, the Court hereby ORDERS that Defendants shall have until and including June 2, 2008 to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Date: April 30, 2008

Janis L. Sammartino

Hon. Janis L. Sammartino
United States District Court Judge