Mark Yablonovich (SBN 186670)
Email: MYablonovich@InitiativeLegal.com
Marc Primo (SBN 216796)
Email: MPrimo@InitiativeLegal.com
Mónica Balderrama (SBN 196424)
Email: MBalderrama@InitiativeLegal.com
Rebecca Labat (SBN 221241)
Email: RLabat@InitiativeLegal.com
Linh Hua (SBN 247419)
Email: LHua@InitiativeLegal.com
Initiative Legal Group LLP
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Representative Plaintiff
and all other aggrieved employees

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAC HUYNH, individually, and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>EASTWOOD INSURANCE SERVICES, INC., a California corporation; JUDITH PARTRIDGE, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 07-CV-02386-JLS-POR<br><br>**PLAINTIFF LAC HUYNH'S NOTICE OF WITHDRAWAL OF APPLICATION FOR AN ORDER AUTHORIZING SERVICE OF SUMMONS AND FIRST AMEMDED COMPLAINT BY PUBLICATION** |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that in light of Defendants Eastwood Insurance Services, Inc. and Judith Partridge having timely signed and returned executed Waivers of Service of Summons, Plaintiff hereby withdraws, without prejudice, his Application for an Order Authorizing Service of Summons and First Amended Complaint, Docket Number 13, that was filed on April 18, 2008.

Dated: May 8, 2008

Respectfully submitted,
Initiative Legal Group LLP

By: [signature]
Mark Yablonovich
Marc Primo
Mónica Balderrama
Rebecca Labat
Linh Hua
Attorneys for Plaintiff

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles. I declare that I am over the age of eighteen (18) and not a party to this action. My business address is: Initiative Legal Group LLP, 1800 Century Park East, 2nd Floor, Los Angeles, California 90067.

On May 8, 2008 I served the within document(s) described below as:

**PLAINTIFF LAC HUYNH'S NOTICE OF WITHDRAWAL OF APPLICATION FOR AN ORDER AUTHORIZING SERVICE OF SUMMONS AND FIRST AMEMDED COMPLAINT BY PUBLICATION**

on the interested parties in this action by placing true copies thereon enclosed in sealed envelopes address as follows:

Mark Payne, Esq.
Chris Heikaus Weaver, Esq.
Rutan & Tucker, LLP
611 Anton Blvd., 14th Floor
Costa Mesa, CA 92626-1931

(X) **MAIL**: I deposited such envelope in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid.

( ) **PERSONAL**: I caused such envelope to be delivered by hand to the individuals at the addresses listed by ProLegal Courier.

( ) **OVERNIGHT COURIER**: I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express), for delivery to the above addressee(s).

( ) **FACSIMILE**: I caused the above-referenced document(s) to be transmitted to the above-named person at the telephone numbers above.

(X) **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**EXECUTED** this document on May 8, 2008, at Los Angeles, California.

Karen Acio