REBECCA LABAT, (SBN 221241)
INITIATIVE LEGAL GROUP, LLP
1800 Century Park East, 2nd Floor
Los Angeles, CA 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051
Email: rlabat@initiativelegal.com

Attorneys for Plaintiff, LAC HUYNH

JODY A. LANDRY, Bar No. 125743
LENA K. SIMS, Bar No. 212904
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302
Email: jlandry@littler.com

Attorneys for Defendants, NATIONWIDE MUTUAL INSURANCE COMPANY, THI HOLDINGS, INC. and TITAN AUTO INSURANCE, INC.

MARK J. PAYNE, Bar No. 157989
CHRIS M. HEIKAUS WEAVER, Bar No. 231907
RUTAN & TUCKER, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626-1931
Telephone: 714.641.5100
Facsimile: 714.546.9035
Email: mpayne@rutan.com

Attorneys for Defendants, EASTWOOD INSURANCE SERVICES, INC. and JUDITH GARFI-PARTRIDGE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAC HUYNH, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EASTWOOD INSURANCE SERVICES, INC., a California corporation; JUDITH PARTRIDGE, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:07-CV-02386 JLS (POR)<br><br>**JOINT MOTION FOR STAY OF PROCEEDINGS AND EXTENSION OF TIME FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Plaintiff LAC HUYNH, through his counsel of record, Rebecca Labat of Initiative Legal Group, LLP, Defendants NATIONWIDE MUTUAL INSURANCE COMPANY, THI HOLDINGS, INC. and TITAN AUTO INSURANCE, INC. ("Nationwide Defendants"), through their counsel of record, Jody A. Landry and Lena K. Sims of Littler Mendelson, and Defendants EASTWOOD INSURANCE SERVICES, INC. and JUDITH GARFI-PARTRIDGE ("Eastwood Defendants") through their counsel Mark J. Payne of Rutan & Tucker LLP hereby bring this joint motion for an order staying the proceedings and/or extending the time within which Defendants may answer or otherwise respond to Plaintiff's First Amended Complaint, up to and including June 20, 2008.

The Orange County Superior Court has, in the matter of *Earl Smith, Jr. et al. v. Eastwood Insurance Services, Inc. and Judith Partridge* ("the Smith action"), issued an Order to Show Cause Re Contempt of Court for having filed this lawsuit, *Huynh v. Eastwood Insurance Services, Inc. and Judith Partridge* ("the Huynh action"), following the Orange County Superior Court's final approval of the class action settlement in the Smith action. The Order to Show Cause was heard on May 22, 2008. It has now been continued to June 12, 2008, while the parties confirm and finalize an agreement among their counsel to dismiss this action.

All parties are in agreement that the responsive pleadings of all Defendants should be due on a date following the continued hearing on the Order to Show Cause in the Smith action so

///
///
///
///
///
///
///
///
///
///

that the parties have the time needed to confirm and finalize dismissal of this action, that all proceedings should be stayed until such time, and that there is therefore good cause for this request.

IT IS SO STIPULATED.

DATED: May 28, 2008

By: /s/ Rebecca Labat
REBECCA LABAT
email: rlabat@initiativelegal.com
Attorneys for Plaintiff LAC HUYNH

DATED: May 28, 2008

By: /s/ Jody A. Landry
JODY A. LANDRY
email: jlandry@littler.com
Attorneys for Defendants NATIONWIDE MUTUAL INSURANCE COMPANY, THI HOLDINGS, INC. and TITAN AUTO INSURANCE, INC.

DATED: May 28, 2008

By: /s/ Mark J. Payne
MARK J. PAYNE
email: mpayne@rutan.com
Attorneys for Defendants EASTWOOD INSURANCE SERVICES, INC. and JUDITH GARFI-PARTRIDGE