UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LAC HUYNH, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

EASTWOOD INSURANCE SERVICES, INC., a California corporation; JUDITH PARTRIDGE, an individual, and DOES 1 through 10, inclusive,

Defendants.

Case No. 3:07-CV-02386 JLS (POR)

**ORDER: GRANTING JOINT MOTION FOR STAY AND EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

The Court has considered the Parties' Joint Stipulation Motion for a stay of proceedings and an extension of time for Defendants NATIONWIDE MUTUAL INSURANCE COMPANY, THI HOLDINGS, INC., TITAN AUTO INSURANCE, INC., EASTWOOD INSURANCE SERVICES, INC. and JUDITH GARFI-PARTRIDGE ("Defendants"), to answer or otherwise respond to Plaintiff's First Amended Complaint, up to and including June 20, 2008. The Court finds good cause for this request and hereby ORDERS that Defendants shall have until and including June 20, 2008 to respond to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Date: May 28, 2008

Janis L. Sammartino

HON. JANIS L. SAMMARTINO
UNITED STATES DISTRICT COURT JUDGE