Mark Yablonovich (SBN 186670)
Email: MYablonovich@InitiativeLegal.com
Marc Primo (SBN 216796)
Email: MPrimo@InitiativeLegal.com
Mónica Balderrama (SBN 196424)
Email: MBalderrama@InitiativeLegal.com
Rebecca Labat (SBN 221241)
Email: RLabat@InitiativeLegal.com
Linh Hua (SBN 247419)
Email: LHua@InitiativeLegal.com
Initiative Legal Group LLP
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Plaintiff Lac Huynh

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAC HUYNH, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EASTWOOD INSURANCE SERVICES, INC., a California corporation; JUDITH PARTRIDGE, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 07-CV-02386-JLS-POR<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff Lac Huynh hereby voluntarily dismisses this action with prejudice.

Dated: June 9, 2008

Respectfully submitted,
Initiative Legal Group LLP

By: [signature]
Mark Yablonovich
Marc Primo
Mónica Balderrama
Rebecca Labat
Linh Hua
Attorneys for Plaintiff Lac Huynh

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles. I declare that I am over the age of eighteen (18) and not a party to this action. My business address is: Initiative Legal Group LLP, 1800 Century Park East, Second Floor, Los Angeles, California 90067.

On June 9, 2008, I served the within document(s) described below as:

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

on the interested parties in this action by placing true copies thereon enclosed in sealed envelopes address as follows:

Mark Payne, Esq.
Chris Heikaus Weaver, Esq.
Rutan & Tucker, LLP
611 Anton Blvd., 14th Floor
Costa Mesa, CA 92626-1931
Attorneys for Eastwood Insurance Services Inc. and Judith Partridge

Jody A. Landry, Esq.
Littler Mendelson
501 W. Broadway, Suite 900
San Diego, CA 92101
Attorney for Titan Auto Insurance Inc., THI Holdings, Inc. and Nationwide Mutual Insurance

(X) **MAIL**: I deposited such envelope in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid.

( ) **PERSONAL**: I caused such envelope to be delivered by hand to the individuals at the address listed above.

( ) **OVERNIGHT COURIER**: I caused the above-referenced document(s) to be delivered via overnight courier service (FedEx) to the individuals at the address listed above.

( ) **FACSIMILE**: I caused the above-referenced document(s) to be transmitted to the above-named person at the telephone numbers above.

(X) **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**EXECUTED** this document on June 9, 2008, at Los Angeles, California.

Karen Acio